United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REYDEL MARTI CORONA | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-6006 |
| | § | |
| ANDREA SHAVER, Facility Director, | § | |
| Port Isabel SPC, *et al* | § | |

**ORDER OF DISMISSAL**

In accordance with the Notice of Dismissal filed on Ausust 12, 2026 (Doc. No. 46), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this 14th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE